UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO RICARDO WHITE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-886 CAS |
| TERRY RUSSELL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court are plaintiff's motions for extension of time to pay his initial partial appellate filing fee, as well as his motion for extension of time to file his appellate brief.

The Court notes that the Eighth Circuit Court of Appeals dismissed plaintiff's appeal on June 27, 2019. *See White v. Russell*, No. 19-1271 (8th 2019). Thus, plaintiff's motions will be denied as moot.[1]

Accordingly

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay the initial partial appellate filing fee [Doc. #99] and for extension of time to file his appellate brief [Doc. #100] are **DENIED AS MOOT as this matter has been dismissed by the United States Court of Appeals**.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of July, 2019.

---

[1] The Court notes that even if the matter was still pending in the Eighth Circuit Court of Appeals, this Court would not have jurisdiction to grant plaintiff additional time to file his appellate brief.